**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DAVID JAWORSKI, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>CHICAGO POLICE OFFICER JAMES TRIANAFILLO (#264), *et al.*,<br><br>  Defendants. | Case No. 1:23-cv-02240<br><br>Judge Jeffrey I. Cummings<br><br>Magistrate Judge Jeffrey T. Gilbert |

**ORDER**

This matter is before the Court on the parties' *Joint Motion to Sever Plaintiffs' Claims Pursuant to Rule 20(a)*. (ECF # 85). The parties' *Joint Motion to Sever Plaintiffs' Claims Pursuant to Rule 20(a)* is **GRANTED** and the Court orders as follows:

(1) The Clerk is directed to open two new civil cases (with the same nature of suit and cause of action) titled: (a) Malcom Robinson v. City of Chicago, former Superintendent David Brown, and Chicago Police Officers James Triantafillo 1 (#264), Luis Laurenzana (#19637), David Floyd (#13262), Leonard Shoshi (#236), and Charles Flaster (#15498); and (b) Patrick Romano v. City of Chicago, former Superintendent David Brown, and Chicago Police Officers James Triantafillo 1 (#264), Luis Laurenzana (#19637), David Floyd (#13262), Leonard Shoshi (#236), and Charles Flaster (#15498).

(2) The Clerk shall assign the newly opened cases directly to Judge Cummings as presiding judge and to Magistrate Judge Gilbert as designated magistrate judge.

(3) The Clerk shall transfer attorney appearances for plaintiff and the named defendants to the newly opened cases.

(4) The Clerk shall enter this order as Docket Entry No. 1 in the newly opened cases.

(5) Once Plaintiffs Robinson and Romano's cases are each assigned new case numbers, each plaintiff shall file an amended complaint on their respective case's docket within five business days.

(6) Defendants shall respond to each amended complaint within 21 days of filing.

(7) The claims of plaintiffs David Jaworski and Sarah Kroth will proceed in Case No. 23-cv-2240, which will remain open.

**IT IS SO ORDERED**

Dated: December 5, 2024

**ENTERED**:

Hon. Jeffrey I. Cummings
United States District Judge