IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Malcom Robinson, | |
| Plaintiff, | Case No. 1:24-cv-12620 |
| v. | Judge Jeffrey I. Cummings |
| City of Chicago, *et al.*, | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

Dated: January 17, 2025

/s/ Brad J. Thomson
Brad J. Thomson
Nora Snyder, Ben Elson, Janine Hoft,
Tayleece Paul
PEOPLE'S LAW OFFICE
1180 N. Milwaukee Ave.
Chicago, IL 60642
(773) 235-0070
brad@peopleslawoffice.com
norasnyder@peopleslawoffice.com
ben@peopleslawoffice.com
janinehoft@peopleslawoffice.com
tayleece@peopleslawoffice.com

Sheila A. Bedi
Sheila.Bedi@law.northwestern.edu
COMMUNITY JUSTICE AND CIVIL RIGHTS
CLINIC, NORTHWESTERN PRITZKER
SCHOOL OF LAW
357 East Chicago Avenue
Chicago, IL 60611
(312) 503-2492

Vanessa del Valle
Kaplan & Grady
2071 N. Southport Ave., Suite 205
Chicago, IL 60614
(312) 852-2184
vanessa@kaplangrady.com

Scott Priz
PRIZ LAW
3230 S. Harlem Ave, Suite 221 B
Riverside, Illinois 60546
(708) 762-3143
priz@priz-law.com

*Counsel for Plaintiff*

Respectfully submitted,

/s/ Andrew S. Murphy
Special Assistant Corporation Counsel

Allan T. Slagel
aslagel@taftlaw.com
John F. Kennedy
jkennedy@taftlaw.com
Andrew S. Murphy
amurphy@taftlaw.com
Adam W. Decker
adecker@taftlaw.com
Special Assistants Corporation Counsel
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 527-4000

*Counsel for Defendants City of Chicago and Superintendent David Brown*

/s/ Whitney N. Hutchinson
Special Assistant Corporation Counsel

Timothy P. Scahill
tscahill@borkanscahill.com
Steven B. Borkan
sborkan@borkanscahill.com
Whitney N. Hutchinson
whutchinson@borkanscahill.com
Emily E. Schnidt
eschnidt@borkanscahill.com
Christiane E. Murray
cmurray@borkanscahill.com
Krystal R. Gonzalez
kgonzalez@borkanscahill.com
Special Assistants Corporation Counsel
BORKAN & SCAHILL, LTD
20 South Clark Street, Suite 1700
Chicago, IL 60603
(312) 580-1030

*Counsel for Defendant Officers*

2